1

2

3

4

5

6                            UNITED STATES DISTRICT COURT

7                                 DISTRICT OF NEVADA

8                                         * * *

9    KEYSHA M. BROWN,                          Case No. 2:11-cv-0791-MMD-CWH

10                         Plaintiff,

11         v.                                                ORDER

12   LAS VEGAS CITY HALL,

13                         Defendants.

14

15         Before this Court is the Report and Recommendation of U.S. Magistrate Judge

16   C.W. Hoffman (dkt. no. 6) ("Recommendation") entered on June 11, 2012,

17   recommending dismissal of Plaintiff's Complaint (dkt. no. 1-1) with prejudice for failure to

18   comply with LSR 2-2.  No objection to the Recommendation has been filed.

19         This Court "may accept, reject, or modify, in whole or in part, the findings or

20   recommendations made by the magistrate."  28 U.S.C. § 636(b)(1).  Where a party

21   timely objects to a magistrate judge's report and recommendation, then the court is

22   required to "make a *de novo* determination of those portions of the [report and

23   recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).  Where a party

24   fails to object, however, the court is not required to conduct "any review at all . . . of any

25   issue that is not the subject of an objection."  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

26   Indeed, the Ninth Circuit has recognized that a district court is not required to review a

27   magistrate judge's report and recommendation where no objections have been filed. *See*

28   *United States v. Reyna–Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard

1   of review employed by the district court when reviewing a report and recommendation to

2   which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219,

3   1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna–Tapia* as adopting

4   the view that district courts are not required to review "any issue that is not the subject of

5   an objection."). Thus, if there is no objection to a magistrate judge's recommendation,

6   then the court may accept the recommendation without review. *See, e.g.*, *Johnstone*,

7   263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's

8   recommendation to which no objection was filed).

9        Nevertheless, this Court finds it appropriate to engage in a *de novo* review to

10   determine whether to adopt Magistrate Judge Hoffman's Recommendation. Upon

11   reviewing the Recommendation and the pleadings, this Court finds good cause to adopt

12   the Magistrate Judge's Recommendation in full.

13        IT IS THEREFORE ORDERED that the Magistrate Judge's Report and

14   recommendation (dkt. no. 6) entered on June 11, 2012, is adopted and accepted and the

15   Complaint is dismissed with prejudice.

16        The Clerk is directed to close this case.

17

18        DATED THIS 27th day of August 2012.

19

20        _____

           UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28