UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEYSHA M. BROWN,<br><br>                  Plaintiff,<br><br>    v.<br><br>LAS VEGAS CITY HALL,<br><br>                  Defendants. | Case No. 2:11-cv-0791-MMD-CWH<br><br>ORDER |

       Before this Court is the Report and Recommendation of U.S. Magistrate Judge C.W. Hoffman (dkt. no. 6) ("Recommendation") entered on June 11, 2012, recommending dismissal of Plaintiff's Complaint (dkt. no. 1-1) with prejudice for failure to comply with LSR 2-2. No objection to the Recommendation has been filed.

       This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna–Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard

of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna–Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review to determine whether to adopt Magistrate Judge Hoffman's Recommendation. Upon reviewing the Recommendation and the pleadings, this Court finds good cause to adopt the Magistrate Judge's Recommendation in full.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and recommendation (dkt. no. 6) entered on June 11, 2012, is adopted and accepted and the Complaint is dismissed with prejudice.

The Clerk is directed to close this case.

DATED THIS 27th day of August 2012.

_____
UNITED STATES DISTRICT JUDGE